UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CLIFFORD SHERWOOD, JR., | ) | Case 3:23-cv-445 |
| | ) | |
| *Plaintiff*, | ) | Hon. Miroslav Lovric |
| | ) | United States Magistrate Judge |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | Stipulation – Document Filed Electronically |
| *Defendant*. | ) | |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| October 5, 2023 | Respectfully Submitted, |
| Kilolo Kijakazi, | Clifford Sherwood, Jr., |
| By Her Attorneys | By His Attorney |
| Carla B. Freedman, United States Attorney | Peter A. Gorton |
| */s/ Natasha Oeltjen* | */s/ Peter A. Gorton*[1] |
| Special Assistant United States Attorney | Lachman & Gorton |
| Office of Program Litigation, Office 2 | 1500 East Main Street |
| Office of the General Counsel | P.O. Box 89 |
| Social Security Administration | Endicott, NY 13761 |
| 6401 Security Boulevard | (607) 754-0500 |
| Baltimore, MD 21235 | office@lglaw.org |
| (617) 565-1849 | |
| natasha.oeltjen@ssa.gov | |

---

[1] Signed by Natasha Oeltjen with Peter Gorton

IT IS SO ORDERED:

*Miroslav Lovric*
Miroslav Lovric
U.S. Magistrate Judge

Dated: October 6, 2023
Binghamton, NY