# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Clifford Sherwood, Jr.**
      Plaintiff(s)

vs.                                 CASE NUMBER: 3:23-cv-445 (ML)

**Kilolo Kijakazi**
      Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: STIPULATION AND ORDER FOR REMAND pursuant to the fourth sentence of 42 U.S.C. §405(g).

All of the above pursuant to the order of the Honorable **Miroslav Lovric**, dated October 6, 2023.

DATED: October 6, 2023

*[signature]*
Clerk of Court

                                                s/Kathy Rogers
                                                Deputy Clerk